FILED 09 JUL '14 15:18 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-cr-00275-JO |
| v. | **INDICTMENT** |
| MARK DOUGLAS GILL,<br>  Defendant. | 21 U.S.C. §§ 841(a)(1), 846<br>21 U.S.C. §§ 841(b)(1)(B),<br>21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

**COUNT 1:**
**Conspiracy to Distribute Methamphetamine**

Beginning in January 2014 and continuing through June 19, 2014, in Multnomah County, within the District of Oregon, defendant **MARK DOUGLAS GILL** did knowingly and willfully combine, conspire, confederate and agree with others both known and unknown to the Grand Jury, to distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The Grand Jury further alleges that this violation involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section (b)(1)(B)(viii).

**COUNT 2:**
**Possession With Intent to Distribute Methamphetamine**

On or about June 18 and 19, 2014, in Multnomah County, within the District of Oregon, defendant **MARK DOUGLAS GILL** did knowingly and intentionally possess with the intent to

distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## CRIMINAL FORFEITURE -DRUG OFFENSE

Upon conviction for the controlled substance offenses alleged in Counts 1-2 of this indictment, defendant **MARK DOUGLAS GILL** shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

DATED this _____ day of July 2014.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

Page 2 - INDICTMENT, *U.S. v. Mark Gill*