UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR-00275-JO |
| v. | PROTECTIVE ORDER |
| MARK DOUGLAS GILL, | |
| Defendant. | |

This matter came before the Court upon motion by the government for an order pursuant to Rule 16(d)(1), Fed. R. Crim. P., to restrict discovery in this case. Good cause having been shown in the government's motion,

**IT IS HEREBY ORDERED** that defendant and counsel of record shall not provide defendant with copies of, nor unsupervised access to, any discovery material produced by the government which contains:

a. personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information");

b. financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, contact information, or taxpayer identification numbers ("Financial Information"); or

c.  information regarding the identity of the government's confidential source or sources of information or witnesses, including criminal histories, witness statements, and arrest records ("Witness Information");

**IT IS FURTHER ORDERED** that neither defense counsel nor defendant shall provide any discovery material produced by the government to any third parties (persons not a party to this case), or make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

**IT IS FURTHER ORDERED** that defendant's counsel of record maintain custody and control over the protected material, except counsel may make copies for the use by those persons (other than defendant) who are necessary to assist counsel of record during investigation and preparation for trial

DATED this 23rd day of July 2014.

_____
THE HONORABLE ROBERT E. JONES
United States District Court Judge

Respectfully submitted,

S. AMANDA MARSHAL
United States Attorney
District of Oregon

*s/ Leah K. Bolstad*
_____
LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney

**Protective Order, 3:14-CR-00275-JO**                                                                 Page 2