ROBERT W. RAINWATER, Oregon State Bar No. 084489
Email: rrainwater@rainwaterlaw.org
Rainwater Law Group
1327 SE Tacoma Street
Portland, Oregon 97202
Telephone: (971) 271-7566
Fax: (503) 231-8276

Attorney for Defendant
MARK DOUGLAS GILL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:14-cr-00275-JO |
| Plaintiff, | MOTION TO REMOVE EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES FROM PUBLIC RECORD AND FILED THEM UNDER SEAL |
| v. | |
| **MARK DOUGLAS GILL** | |
| Defendants. | |

On today's date, November 10, 2014, Mr. Gill, filed exhibits to his memorandum in support of his motion to suppress evidence. Counsel for Mr. Gill has been informed by the United States Attorney's Office that the courts previously issued protective order cover those documents. Mr. Gill now request that, to comply with the protective order, the Court issue an order that the exhibits, A through C, be removed from the public record and filed under seal.

IT IS SO ORDERED:

Gill Motion in Limine                    1

DATED: _____    _____
                                                                        ROBERT E. JONES

RESPECTFULLY SUBMITTED this 10th day of November 2014.

                                                  <u>s/ Robert W. Rainwater</u>
                                                Robert W. Rainwater
                                                OSB # 084489
                                                (971) 271-7566
                                                Attorney for Defendant
                                                Mark Douglas Gill