S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:14-CR-00275-JO** |
| **v.** | **GOVERNMENT'S PROPOSED VOIR DIRE** |
| **MARK DOUGLAS GILL,** | |
| **Defendant.** | |

The United States of America, by and through S. Amanda Marshall, United States

Attorney for the District of Oregon, and Leah K. Bolstad, Assistant United States Attorney,

hereby requests the court to ask prospective jurors in the above-captioned case the standard

questions regarding their backgrounds.  In addition, the United States requests the following

questions:

1.      Do you have any experiences with law enforcement officers, negative or positive,

that would affect your ability to listen to and evaluate the evidence in this case that will include

testimony from police officers?

2.      The defendant is charged with violations of federal law involving

methamphetamine distribution.  Is there anything about the nature of this offense that would

cause you difficulty in serving as a fair and impartial juror?

3.      Have you or any member of your family or any of your friends had any experience with methamphetamine or another controlled substance that would affect your ability to be fair and impartial toward the defendant or toward the United States in this case?

4.      Do you have any moral, religious or ethical beliefs that would make it more difficult for you to sit as a juror in this case, given that this is a criminal prosecution involving drugs?

DATED this 12ᵗʰ day of November, 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney


*/s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney